**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**COOKEVILLE DIVISION**

| | | |
|---|---|---|
| **LORENZ DAHL III,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **No. 2:24-cv-00054** |
| | ) | |
| **TENNESSEE TECHNOLOGICAL** | ) | |
| **UNIVERSITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 22) recommending that this case be dismissed without prejudice under Federal Rule of Civil Procedure 4(m) for Plaintiff's failure to effect service of process on Tennessee Technological University and Rule 41(6) for failure to prosecute claim. Plaintiff, Lorenz Dahl, III has not filed any timely objections to the R&R despite the R&R's specific warnings regarding waiver. (See Doc. No. 22 at 12).

Having thoroughly reviewed the R&R, the Court agrees with the Magistrate Judge's analysis. Accordingly, the R&R (Doc. No. 22) is **APPROVED AND ADOPTED**, and this case is **DISMISSED WITHOUT PREJUDICE**. This is a final order. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58 and close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE